| | |
|---|---|
| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* <br> 2:21CR00308-001 |
| TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* <br> CR-25-50243-PHX-DJH |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Scott Anthony Stedeford | Eastern District of Pennsylvania | Philadelphia |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Juan R. Sanchez, U.S. District Judge | |
| | DATES OF SUPERVISED RELEASE | FROM 8/5/2021 — TO 8/4/2026 |

**OFFENSE**

18 U.S.C. §§ 371 – Conspiracy to commit bank robbery (Count one)
18 U.S.C. §§ 2113 (a) and (d) – Bank robbery by force, violence and intimidation (Count two)
18 U.S.C. §§ 924 (c)(1) – Use and carry an explosive device and firearm during a bank robbery (Count three)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Subject established a residence in Arizona and will be remaining here.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Eastern   DISTRICT OF   Pennsylvania

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Arizona   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/7/2025
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   Arizona

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/24/2025
Effective Date

United States District Judge